The People of the State of New York, Appellant, *v.* Harry Fisher, Respondent.

(Submitted June 3, 1918; decided June 11, 1918.)

Motion to amend remittitur denied. (See 223 N. Y. 459.)